Matter of Ya Yun Weng v Zhi Gao (2023 NY Slip Op 01524)

Matter of Ya Yun Weng v Zhi Gao

2023 NY Slip Op 01524

Decided on March 22, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

BETSY BARROS, J.P.
CHERYL E. CHAMBERS
JOSEPH J. MALTESE
DEBORAH A. DOWLING, JJ.

2022-01351
 (Docket Nos. V-2418-17/19A, V-2419-17/19A)

[*1]In the Matter of Ya Yun Weng, appellant,
v
Zhi Gao, respondent.

Cheryl Charles-Duval, Brooklyn, NY, for appellant.
Elliot Green, Brooklyn, NY, for respondent.
Twyla Carter, New York, NY (Dawne A. Mitchell and John A. Newbery of counsel), attorney for the children.

DECISION & ORDER
In a proceeding pursuant to Family Court Act article 6, the mother appeals from an order of the Family Court, Kings County (Caroline P. Cohen, J.), dated January 28, 2020. The order, upon a decision of the same court dated January 26, 2020, made after a hearing, denied the mother's petition to modify two orders of the same court (Ilana Gruebel, J.) dated February 15, 2017, and May 3, 2017, respectively, so as to award her parental access with the parties' children, and dismissed the proceeding.
ORDERED that the order dated January 28, 2020, is affirmed, without costs or disbursements.
"Modification of an existing custody arrangement is permissible only upon a showing that there has been a change in circumstances such that a modification is necessary to ensure the continued best interests and welfare of the child" (Matter of Randall v Diaz, 208 AD3d 1330, 1331 [internal quotation marks omitted]). "In determining whether such a change has occurred, the court should consider the totality of the circumstances" (Matter of Moore v Gonzalez, 134 AD3d 718, 719). Here, the Family Court's determination that the mother failed to show that there was a change in circumstances warranting a modification to ensure the continued best interests and welfare of the children is supported by a sound and substantial basis in the record (see Matter of Lamarche v Rooks, 142 AD3d 707).
The mother's remaining contentions are without merit.
Accordingly, we affirm the order appealed from.
BARROS, J.P., CHAMBERS, MALTESE and DOWLING, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court